**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 503 MAL 2023

         Respondent              :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

         v.                       :
                                     :
                                     :

SHARIF JOMAL GIVENS, II,            :
                                     :
         Petitioner              :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.